No. 03–9560.  HOWELL, AKA COX v. MISSISSIPPI, 542 U. S. 936;

No. 04–394.  BELL, WARDEN v. CONE, 543 U. S. 447;

No. 04–619.  WEIL v. UNITED STATES, 543 U. S. 1022;

No. 04–655.  URBAN v. HURLEY, 543 U. S. 1089;

No. 04–671.  VANGUILDER v. UNITED STATES, 543 U. S. 1055;

No. 04–733.  GRAVES v. SCHROEDER, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL.; and GRAVES v. FEESS ET AL., 543 U. S. 1056;

No. 04–5616.  IN RE TWILLEY, 543 U. S. 923;

No. 04–6158.  CHAVEZ v. UNITED STATES, 543 U. S. 1123;

No. 04–6325.  WHITE v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, 543 U. S. 991;

No. 04–6366.  DOUGLAS v. UNITED STATES, 543 U. S. 1109;

No. 04–6837.  SOLESBEE v. UNITED STATES, 543 U. S. 1111;

No. 04–6856.  IN RE BARKCLAY, 543 U. S. 1048;

No. 04–6876.  SANWICK v. UTAH, 543 U. S. 1061;

No. 04–6897.  WALLACE v. PLILER, WARDEN, 543 U. S. 1062;

No. 04–6902.  HILL v. MIAMI-DADE COUNTY MAYOR ET AL., 543 U. S. 1062;

No. 04–6917.  IN RE MEASE, 543 U. S. 1048;

No. 04–6918.  IN RE BARKCLAY, 543 U. S. 1048;

No. 04–6926.  TOWNSEND v. LAFLER, WARDEN, 543 U. S. 1062;

No. 04–6954.  IN RE BARKCLAY, 543 U. S. 1048;

No. 04–7023.  IN RE BARKCLAY, 543 U. S. 1048;

No. 04–7024.  IN RE BARKCLAY, 543 U. S. 1048;

No. 04–7085.  SCHRADER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, 543 U. S. 1066;

No. 04–7152.  VALENTINE v. CARRIER CORP., 543 U. S. 1069;

No. 04–7163.  IN RE BARKCLAY, 543 U. S. 1048;

No. 04–7200.  IN RE BARKCLAY, 543 U. S. 1048;

No. 04–7214.  IN RE BARKCLAY, 543 U. S. 1088;

No. 04–7215.  IN RE BARKCLAY, 543 U. S. 1088;

No. 04–7216.  IN RE BARKCLAY, 543 U. S. 1088;

No. 04–7218.  IN RE BARKCLAY, 543 U. S. 1088;

No. 04–7275.  IN RE FISH, 543 U. S. 1088;

No. 04–7406.  BEGORDIS v. MINNESOTA, 543 U. S. 1126;

No. 04–7412.  WILLIAMS v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., 543 U. S. 1127;

No. 04–7505.  WILLIAMS v. UNITED STATES, 543 U. S. 1078;

No. 04–7526. BANSAL *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL., 543 U. S. 1127;

No. 04–7529. DIAZ *v.* UNITED STATES, 543 U. S. 1079;

No. 04–7559. CASSANO *v.* UNGER, SUPERINTENDENT, LIVINGSTON CORRECTIONAL FACILITY, 543 U. S. 1094;

No. 04–7581. IN RE FIGUEROA, 543 U. S. 1048;

No. 04–7696. HADDAD *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, 543 U. S. 1128;

No. 04–7776. AJAN *v.* UNITED STATES, 543 U. S. 1129;

No. 04–7777. STAFFORD *v.* UNITED STATES, 543 U. S. 1129;

No. 04–7811. ESCOVAR-MADRID, AKA VALAZGUEZ *v.* UNITED STATES, 543 U. S. 1130;

No. 04–7819. MARTINEZ-CARRILLO *v.* UNITED STATES, 543 U. S. 1130; and

No. 04–7838. DAVIS *v.* UNITED STATES, 543 U. S. 1131. Petitions for rehearing denied.

No. 03–10346. WALKER, AKA SMITH *v.* UNITED STATES, 542 U. S. 914. Motion for leave to file petition for rehearing denied.

## MARCH 24, 2005

No. 04A825. SCHIAVO EX REL. SCHINDLER ET UX. *v.* SCHIAVO ET AL. C. A. 11th Cir. Application for stay of enforcement of judgment pending the filing and disposition of a petition for writ of certiorari, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

## MARCH 28, 2005

No. 03–1503. BROWN, WARDEN *v.* BELMONTES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Brown* v. *Payton, ante,* p. 133.

No. 04–711. KOONIN *v.* UNITED STATES. C. A. 9th Cir. Reported below: 361 F. 3d 1250;

No. 04–858. GRASSO *v.* UNITED STATES. C. A. 3d Cir. Reported below: 381 F. 3d 160; and

No. 04–1086. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Reported below: 116 Fed. Appx. 646. Certiorari granted, judg-